UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PARISA KARAAHMETOGLU, )
Individually and in her capacity as )
mental retardation advocate for N.K., )
)
Plaintiff, )
)   No. 02-1062 (RJL)
v. )
)
RES-CARE, INC., *et al.*, )
)
Defendants. )
_____)

**ORDER**
(March 28, 2007)[#57,59]

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of March 2007, hereby

**ORDERED** that [#57, #59] defendant's motion to dismiss or for summary judgment is GRANTED as to Counts I, II, III, XII, plaintiff's claims for punitive damages and the claims against Mark Landis in his individual capacity. Defendant's motion is DENIED as to plaintiff's fraud claims, intentional tort claims and the individual claims of Parisa Karaametoglu.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge